AO 240 (Rev. 10/03)

E-FILED
Friday, 25 January, 2008 10:32:21 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

_____ District of _____

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

_____ Plaintiff

V.

_____ Defendant

CASE NUMBER: _____

I, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant/respondent   ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the
relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months'
   transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the
   name and address of your employer.  (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages
   and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the
   amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

*USD Court / CDA*

*I have $95+ in Bank [illegible]*

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount.

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

I declare under penalty of perjury that the above information is true and correct.

*1/8/2008*                    *Rev Dr Kanal R [illegible]*

Date                           Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

*1/14/08*

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge        Date | United States Judge        Date |

*original*

*1/18/[illegible]*

Jury Trial Demanded

Association of — Judge Hon. Rock 1st — Civil actions No
Committee — to elect Rev Dr Kamel K Roy President Us President 2008 Ground Bases for the right to be
as Republican Us President 2008 elected Leader in
peoples Association regarding any democracy on
Human-animals Conceived equitable bases 1/2 Us President
and custom made God's 2008 electoral
and now in the poultry competition is
democratic Globewide, including a dream of
in USA 3 Defendants to most citizen
counties for in citizens in and most
democracies in U.S.A et al patriots of the Nation
By Admn Director: Rev. Gargi Lahiri Local 1/2 dreams of small
& Co-ordinator/chairwomen few patriot
The Rev Lisa N Roy Alston Us born
Us citizens et al Cuban-Asemite
S.S # 113 04 2372 (Total 95 + Plaintiffs: one & pursant
at least Us citizen by birth to USA of
+ 94 + unincorporated Us Assoc > 1978 by
all poor and financially weak Kamel K Roy
to maintain action but the Rev Dr c/o Me Jewish
Kamel Kaun K Roy SS # 578 60 4399 geronimo
as Us born citizen and a common born m 3-31-1934
Voluntere officer has Us constitutional Dr Roy @ US
1st amendment right is a Us citizen
to Associate and lawfully cit, he born citizen
being a poor himself as a clergy his dreams
disabled on Vow of poverty 295+2 to be leader
Us A USA Govt et al Defendants Us President 2008 was almost
denciled in US
Reverend Dr Kamel K Roy
1-15 2008
for plaintiffs
1/17/08
Dr Kamel K K Roy
for Plaintiffs

Original complaints
1/17/08

P.O.B 1173 5/L NY 1295 for Plaintiffs
R 95, 105 + Plaintiff

United State Distrct Court for

Original Action for
Civil right Violations
by 301 powerful
heathen, Govts &
USA, the powerful few

United State Distrct Court for
CALIFORNIA

Judge Hon.
Attila of
Action!
Committee

Civil Case No

Judge:

Jury Trial Demanded

Modern Day people, Human Gods
and Devils of
Democracy to Cancel
power pain & harm
and Damages in USA
& d especially noted
in USDC / EDD California
Damages promoted in the
Jurisdiction & Why
Filed as Complaints
of Violations including
Civil rights, 27 Federal
Judges were named
as Non-hostile Defendents
in the system as they
are presumed immune
for their Judicial conduct, but
their employer, USA Govt may
not be immune as the Federal
Judges were erroneous and
delivered pain, harms
constitutional right of US born
citizen & us entity

Elect of
Dr Kamal
K Roy
a 14th Jt
& as
Republican
us Presidet
2008
by Dr
Kamal
Roy
govt
zetged
(11th No
promised
selected from
it
us
govt
the
list
attacked defendant
from prosection
(31th
No

Jury may decide amount
Punitive and Compensatory
Damages sought over
991.52 (Nine hundred Ninety
One point Five) U.S. Billions
$ to 3.652 US
Trillions of Dollars. X
As the damages were
Sky and Rocket high
from Earth in space,
the damages from
Civil rights violations
and especially the
right to contest
Electoral Competitions
to be leader
in USA democracy
viz US trailing
2008 with like
death blow to
Per Dr Kamal
Roy as Totally
Jr presidential
election 2008 the
sole . eh joys

ORIGINAL

CIVIL right
Violations of are fraud

X
1/17/08

IMI3 01/14/08          DDA STATEMENT INQUIRY
ASSOCIATION COMMITTEE...TO ELECT THE REV ACCT NO. 880-000-0000-4001039728                10.49.46 PAGE
DR KAMAL K K ROY AKA J G JR AS THE
107 A SCIBNER AVE                          DATE THIS STATEMENT    01/14/08
                                           DATE LAST STATEMENT    12/31/07
                        *****DDA TRANSACTIONS*****

| BALANCE LAST STATEMENT | CHECKS/OTHER DEBITS NO. | TOTAL AMOUNT | DEPOSITS/OTHER CREDITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 185.37 | 10 | 190.09 | 2 | 292.00 | 287.28 |

| DATE | CHECK# | AMOUNT | TYPE | TRANSACTION DESCRIPTION | | BALANCE |
|---|---|---|---|---|---|---|
| 01/02 | | 275.00 | DEPOSIT | | | |
| 01/02 | | 20.00 | MMC PURCHASE | B12 | | 440.37 |
| 01/03 | | 31.30 | POS PURCHASE | | | |
| 01/03 | | 10.00 | MMC PURCHASE | B12 | | 399.07 |
| 01/04 | | 10.00 | MMC PURCHASE | B12 | | 389.07 |
| 01/07 | | 10.00 | MMC PURCHASE | B12 | | |
| 01/07 | | 10.00 | MMC PURCHASE | B12 | | 369.07 |
| 01/08 | | 10.00 | MMC PURCHASE | B12 | | 359.07 |
| 01/09 | | 68.79 | POS PURCHASE | | | |
| 01/09 | | 10.00 | MMC PURCHASE | B12 | | 280.28 |
| 01/10 | | 10.00 | MMC PURCHASE | B12 | | 270.28 |
| 01/14 | | 17.00 | DEPOSIT | | | 287.28 |

ERR09 FIIMI301-NO INPUT ENTERED



Date: 1/14/2008 Time: 10:49:52 AM





Exh 8
(2 pgs)

## Social Security Administration
## Supplemental Security Income
Important Information

Date: August 1, 2005
Claim Number: 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 DI

KAMALKARNA K ROY
SARANAC LAKE NY

Type of Payment:
Individual—Disabled

We are writing to tell you about changes in your Supplemental Security Income record. The rest of this letter will tell you more about this change.

**About Your Request For Direct Deposit**

Because you indicated that you no longer want direct deposit of your Supplemental Security Income payments, your checks will be sent directly to you. Please be sure to promptly notify the local Social Security office of any move or change of address, as it may affect your check.

**Things To Remember**

- This decision refers only to your claim for Supplemental Security Income payments.

- Would you like to work? If so, you should know about special Supplemental Security Income (SSI) rules. These rules can help you keep Medicaid and may help you keep getting some SSI even though you are working. The enclosed fact sheet tells you more about special SSI rules for people who work.

**If You Have Any Questions**

For general information about SSI, visit our website at www.socialsecurity.gov on the Internet. There, you will also find the law and regulations about SSI eligibility and SSI payment amounts.

See Next Page

Ex1
SS Adm
Letter
Copy
Point

65

VT
AZC

USDL — USDL/AZC
CD. Illinois

1/17/08



United States District Court for Till ???? district

JURY TRIAL DEMAND

US FAILING CONSTITUTION & Punitive and Compensatory Damages to be determined by Jury at Trial but Civil Case No. _____ Demand

Title of Civil Action: Association The Rev ... Free people in USA under US

Complaints of auto Dysfunctional Democratic Deficits

IN PRIVILEGES TO WEAKER

demand equal to be under US

right and privileges to
Weaker, poor and disadvantaged people
I'm in USA at par with ... people in USA — Plaintiff

POORS AND DISADVANTAGED PEOPLE IN USA AND OTHER

DEMOCRATIC REPUBLICS OF USA NATIONS

INCIDENTALLY (16 Nos)

and Plaintiff an US. Citizen Individual, and his Associations WITH ASSOCIATE US CITIZENS WERE ... PAINED, HARMED, DISADVAN TAGED AND DAMAGED FOR AT LEAST 3 THREE DECADES for US Actions (ILLEGAL) ... & ... US constitutional rights, free speech etc violations of civil rights OF THE PLAINTIFF: The Rev Dr KAMAL KARNA K Roy a/k/a and was born as Joseph Geronimo Jr in Guam, a US Territory, & under Act of US 1978, Dr Roy is a US. Citizen by Birth

The Reverend
KAMAL K K Roy MA
Cpt J G Jr ...
a declared hopeful
and candidate of
US Presidential
election 2008 (under
US Arts) and ...
Filed requests ... 
papers with FEC
Washington DC
... but ... due to
US Antitrust Laws Violation
... on News Industry ...

Dr Kamal K Roy

USDC CD of Illinois

1/17/08





## FEC FORM 2
### STATEMENT OF CANDIDACY

*(handwritten top:) Amended — see attached Statement of organization*

1. (a) Name of Candidate (in full)
*The Reverend Dr Kamal Karna R Roy a/k/a Joseb*

(b) Address (number and street) ☐ Check if address changed
*11 Kiwassa Rd A 56*

(c) City, State, and ZIP Code
*Saranac Lake*

2. Identification Number *G-economic g...*

3. Is This Statement ☐ New (N) OR ☐ Amended (A)

4. Party Affiliation *Republican Party (G.O.P.) u.s.*

5. Office Sought *U.S. President 2008*

6. State & District of Candidate *Franklin County of Saranac Lake NY*

7. I hereby designate the following named political committee as my Principal Campaign Committee for the _____ election(s). *for U.S. Pres...*

NOTE: This designation should be filed with the appropriate office listed in the instructions.

### DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

(a) Name of Committee (in full)
*ASSOCIATION OF COMMITTEE OF WEAKER PEOPLE DISABLED and poor people et al to elect the Rev Dr*

(b) Address (number and street)
*107 A KAMAL KARNA K Roy a/k/a Joseph Geronimo Tr...*

(c) City, State, and ZIP Code
*STATEN ISLAND NY city (G.O.P.) and to claim USA 2008 leadership in Democracy in USA*

*NY 10301*

### DESIGNATION OF OTHER AUTHORIZED COMMITTEES
(including Joint Fundraising Representatives)

8. I authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

NOTE: This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)
*(1) Handicap Interests Int'L – W.R. Grey  (2) Assns of Weaker*

(b) Address (number and street)
*107 A people, undisadvantaged to claim public offices by*
*Borbrie Ave    claim leadership in our democracies in USA*

(c) City, State, and ZIP Code
*Staten NY 10301    & around World.*

### DECLARATION OF INTENT TO EXPEND PERSONAL FUNDS (House or Senate Only)

9. I intend to expend personal funds exceeding the threshold amount (see 11 C.F.R. 400.9) by

*N... spent 35 cts 7153.27 as on 9.27.2007*

9A. $ *2,500.00* for the primary election, and *2007 2008*

9B. $ *10,000.00* for the general election. *– U.S. Presidency 2008.*

If you do not intend to expend personal funds exceeding the threshold amount for either election, you must enter "0.00" for each.

I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.

Signature of Candidate
*The Rev Dr Kamal Karna K Roy  a/k/a twins born a...*

Date *9/27/2007*

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FE2AN026

*(handwritten bottom):*
*USDC/CD (9)   1/18/08*
*Illinois*
*Rock Is. Cd*

# STATEMENT OF ORGANIZATION

**FEC FORM 1**

1. NAME OF COMMITTEE (in full) ☒ (Check if name is changed)

Example: If typing, type over the lines.

12FE4M5

ASSOCIATION OF COMMITTEE OF WEAKER PEOPLE, DISADVANTAGED, POOR ET AL TO ELECT THE REV DR KAMAL K BHAS AS US REPUBLIC PRESIDENT USA 2008

ADDRESS (number and street) ☒ (Check if address is changed)

1607 A BURBANER AVE.

STATEN ISLAND, NEW YORK CITY

COMMITTEE'S E-MAIL ADDRESS Mailing POB 175

VISHWA@BDYCHAD.COM

STATE▲ NY ZIP CODE▲ 10993

COMMITTEE'S WEB PAGE ADDRESS (URL)

COMMITTEE'S FAX NUMBER    Tel (718) 891-5466

DATE    [  ] [  ] [200 ]

FEC IDENTIFICATION NUMBER ▶ C13356661

IS THIS STATEMENT ☐ NEW (N)    OR    ☒ AMENDED (A)

I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer    Rev Lisa N Ray (absent)
US Citizen

Signature of Treasurer    Lisa N Ray

Asst Treasurer Candidate

Date [  ] [  ] [200 ]

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to the penalties of 2 U.S.C. §437g.

ANY CHANGE IN INFORMATION SHOULD BE REPORTED WITHIN 10 DAYS.

| Office Use Only | | | | |
|---|---|---|---|---|

For further information contact:
Federal Election Commission
Toll Free 800-424-9530
Local 202-694-1100

FEC FORM 1
(Revised 02/2003)













**United States District Court**
for the Western District of ...

Association ... Committee
to elect ...

_(Name of plaintiff or plaintiffs)_

vs.

David D Brooks

Valcryou News ... Civil

_(Name of defendant or defendants)_

Civil Action Number:

Case Number to be supplied
by the Clerk

## APPLICATION TO PROCEED IN FORMA PAUPERIS

I, _____ declare that I am the Plaintiff in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action is briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?  [ ] Yes   [ ] No

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer:

   Employer: _____

   Salary/Wages per Month: _____

   Position: _____

   Dates of Employment: _____







God's role therein."[12] In 2006 Judge Michael W. McConnell of The
United States Court of Appeals for the Tenth Circuit described a typical
Roy complaint: Incidentally The reverend dr Kamal karna k roy is a
registered U S Presidential hopeful and candidate for 2008 sceduled
Election from the republican party from New York ,with the federal election
cossion,999 east st, washington DC and the new york state board of
election , albany, New york , and vide civil action filed with the U s d court,
western district of washington, at seattle :title of civil action :( filed on Sept
10,2007 ) roy v. all state board of elections; usa govt ; all news medioa
and news conglomerates in usa, U S american god/sin the democratic
republic of Usa; hillary R clinto : B obama ; democrats as u s presidential
hopeful and candidates : rudy Guiliani ex mayor of New york city and
republican Party u s presidential candidate 2008 et al as defendants in the
civil action alleging unlawful activities violating fair election of u s president
of 2008 the very sorry state odf affair is us media is blocking and
blackingout news of candidacy of a smalltime moral leader, clergy,
authjorin usa viz the reverend dr kamal k roy, an mba ( m s degree )
holder from s u n y maritime college of bronx of new york city (college I D
57880 4399 he studied public administration at u s d a graduate school,
washington dc and mba courses at universityof rhode Island at kingston
andprovidence, USA He has doctoral degrees inManagement and
religions of smaller universities. He is author, management specialist,
administrator and over all ordained clergy registered with office of the cit
clerk, in Manhattan, new york county.He is on vow of poverty rule and
declarations with I R S, U S dept of treasury, as such a member of weaker
community in USA like a poorperson and disadvantaged in USDA, et al
He is author of certain books and many articles in management, public
admn , god/s ,people in democracies and religious faiths, His notable
book voumes are. electronic mobile publications and had copies viz
"jungle democracies,catand mouse doctrines of oppressions of weaker
people by powerfuls, people, entities, govt including nations and super
powers,may be including USA and allies et a l, all engaged for practices of
animalistic rowdism to destroy interestsof weaker people, as the news
media isengaged to destroy chances of winningof U S presidenct 2008 by
neglecting candidacy of dr Kamal k roy who was born in Guam, a u s
territory in Pacific, kamal is a u s citizen by birth under u s act of 1978 for
people who were born in guam. pl also see From websites google.com & "

federal justia docket , search roy karna kamal jungle democracy world religions reforms handicap et al as combination of words for search in respect of Dr kamal karna roy, a leader of weaker people in Usa; " Roy, a/k/a Joseph Geronimo, Jr. filed a 115-page complaint, a 144-page amended complaint, and a 40-page second amended complaint against over sixty defendants, including among many others President Bush, God as U.S.-based divine benefactor, several government agencies, The New York Times, and Kentucky Fried Chicken. In addition to pages of rambling discourse, the complaint contains numerous illegible handwritten remarks. [13] The Tenth Circuit went on to affirm the district court's dismissal of the complaint holding that no discernible claim was apparent from the complaint. Judge McConnell also humorously noted that the court "strongly suspect[ed] at least one defendant was not properly served."[14] Most, if not all, of Roy's complaints have been dismissed. A 2006 United States District Court for the District of Delaware opinion, Jungle Democracy v. U.S., describes Roy as "no stranger to litigation" and provides a partial list of Roy lawsuits that have been dismissed since 1991.[15] Despite Roy's lack of success in the courts, his lawsuits have been discussed in law school classrooms and in law related blogs.[16] [17] [edit] References : THE REVEREND MS LISA NIRBAN ROY B A (HONS), M.D(RELIGIONS), aSSOCIATE DEGREE,N C COMMUNITY COLLEGE, sTATE UNIVERSITY OF NEW YORK). R . n (REGISTERED NURSE, NEW YORK STATE LICENSE AND REGISTERED NURSE, sOCIAL WORKER AND EXECUTIVE ASSISTANT TO tHE REVEREND DR KAMAL KARNA ROY. iNTERNATIONAL POLITICAL ADVISOR AND CONSULTANT :tHE REVEREND (mS) Gargi Lahiri, M.A (RABINRA BHARATI UNIVERSITY KOLKATA , INDIA. ^ Jungle Democracy v. U.S., No. CIV.06-503-SLR, 2006 WL 2616213, at *1 (D. Del. Sept. 12, 2006) ^ Roy v. U.S., No. CIV.06-685-SLR 2007 WL 1109296 at *1 (D. Del. Apr. 11, 2007) ^ Id. ^ Jungle Democracy v. USA Government at Washington, DC & at Denver, 206 Fed.Appx. 756 (C.A.10, 2006) ^ Id. at 757 ^ Jungle Democracy, 2006 WL 2616213, at *1 ^ http://howappealing.law.com/112106.html#019767 ^ http://enmasse.ca/forums/viewtopic.php? p=81431&sid=fbaa29156d22ef55f5adbe22febfcfe8 ^ http://dockets.justia.com/docket/court-dedce/case_no-1:2007cv00206/case_id-38087/ ^ Jungle Democracy v. U.S., No. CIV.06-

503-SLR, 2006 WL 2616213, at *1 (D. Del. Sept. 12, 2006) ^ Roy v. U.S.,
No. CIV.06-685-SLR 2007 WL 1109296 at *1 (D. Del. Apr. 11, 2007) ^ Id.
^ Jungle Democracy v. USA Government at Washington, DC & at Denver,
206 Fed.Appx. 756 (C.A.10, 2006) ^ Id. at 757 ^ Jungle Democracy, 2006
WL 2616213, at *1 ^ http://howappealing.law.com/112106.html#019767 ^
http://enmasse.ca/forums/viewtopic.php?
p=81431&sid=fbaa29156d22ef55f5adbe22febfcfe8 ^ Jungle Democracy
v. U.S., No. CIV.06-503-SLR, 2006 WL 2616213, at *1 (D. Del. Sept. 12,
2006) ^ Roy v. U.S., No. CIV.06-685-SLR 2007 WL 1109296 at *1 (D. Del.
Apr. 11, 2007) ^ Id. ^ Jungle Democracy v. USA Government at
Washington, DC & at Denver, 206 Fed.Appx. 756 (C.A.10, 2006) ^ Id. at
757 ^ Jungle Democracy, 2006 WL 2616213, at *1 ^
http://howappealing.law.com/112106.html#019767 ^
http://enmasse.ca/forums/viewtopic.php?
p=81431&sid=fbaa29156d22ef55f5adbe22febfcfe8 ^
http://dockets.justia.com/docket/court-dedce/case_no-
1:2007cv00206/case_id-38087/ ^ Jungle Democracy v. U.S., No. CIV.06-
503-SLR, 2006 WL 2616213, at *1 (D. Del. Sept. 12, 2006) ^ Roy v. U.S.,
No. CIV.06-685-SLR 2007 WL 1109296 at *1 (D. Del. Apr. 11, 2007) ^ Id.
^ Jungle Democracy v. USA Government at Washington, DC & at Denver,
206 Fed.Appx. 756 (C.A.10, 2006) ^ Id. at 757 ^ Jungle Democracy, 2006
WL 2616213, at *1 ^ http://howappealing.law.com/112106.html#019767 ^
http://enmasse.ca/forums/viewtopic.php?
p=81431&sid=fbaa29156d22ef55f5adbe22febfcfe8 Reforms International,
Handicap Interests International, and Jungle Democracy. Federal District
Court Filings > Search Search Federal District Court filings Party Name
(optional): Cases Filed In: All Federal District Courts Alabama Federal
District Courts - All - Alabama Middle Federal District Court - Alabama
Northern Federal District Court - Alabama Southern Federal District Court
Alaska Federal District Court Arizona Federal District Court Arkansas
Federal District Courts - All - Arkansas Eastern Federal District Court -
Arkansas Western Federal District Court California Federal District Courts
- All - California Central Federal District Court - California Eastern Federal
District Court - California Northern Federal District Court - California
Southern Federal District Court Colorado Federal District Court
Connecticut Federal District Court Delaware Federal District Court District
of Columbia Federal District Court Florida Federal District Courts - All -

hopeful and candidates : rudy Guiliani ex mayor of New york city and republican Party u s presidential candidate 2008 et al as defendants in the civil action alleging unlawful activities violating fair election of u s president of 2008 the very sorry state odf affair is us media is blocking and blackingout news of candidacy of a smalltime moral leader, clergy, authjorin usa viz the reverend dr kamal k roy, an mba ( m s degree ) holder from s u n y maritime college of bronx of new york city (college I D 57880 4399 he studied public administration at u s d a graduate school, washington dc and mba courses at universityof rhode Island at kingston andprovidence, USA He has doctoral degrees inManagement and religions of smaller universities. He is author, management specialist, administrator and over all ordained clergy registered with office of the cit clerk, in Manhattan, new york county.He is on vow of poverty rule and declarations with I R S, U S dept of treasury, as such a member of weaker community in USA like a poorperson and disadvantaged in USDA, et al He is author of certain books and many articles in management, public admn , god/s ,people in democracies and religious faiths, His notable book voumes are. electronic mobile publications and had copies viz "jungle democracies,catand mouse doctrines of oppressions of weaker people by powerfuls, people, entities, govt including nations and super powers,may be including USA and allies et a l, all engaged for practices of animalistic rowdism to destroy interestsof weaker people, as the news media isengaged to destroy chances of winningof U S presidence 2008 by neglecting candidacy of dr Kamal k roy who was born in Guam, a u s territory in Pacific, kamal is a u s citizen by birth under u s act of 1978 for people who were born in guam. pl also see From websites google.com & " federal justia docket , search roy karna kamal jungle democracy world religions reforms handicap et al as combination of words for search in respect of Dr kamal karna roy, a leader of weaker people in Usa; " Roy, a/k/a Joseph Geronimo, Jr. filed a 115-page complaint, a 144-page amended complaint, and a 40-page second amended complaint against over sixty defendants, including among many others President Bush, God as U.S.-based divine benefactor, several government agencies, The New York Times, and Kentucky Fried Chicken. In addition to pages of rambling discourse, the complaint contains numerous illegible handwritten remarks. [13] The Tenth Circuit went on to affirm the district court's dismissal of the complaint holding that no discernible claim was apparent from the

complaint. Judge McConnell also humorously noted that the court "strongly suspect[ed] at least one defendant was not properly served."[14] Most, if not all, of Roy's complaints have been dismissed. A 2006 United States District Court for the District of Delaware opinion, Jungle Democracy v. U.S., describes Roy as "no stranger to litigation" and provides a partial list of Roy lawsuits that have been dismissed since 1991.[15] Despite Roy's lack of success in the courts, his lawsuits have been discussed in law school classrooms and in law related blogs.[16] [17] [edit] References : THE REVEREND MS LISA NIRBAN ROY B A (HONS), M.D(RELIGIONS), aSSOCIATE DEGREE,N C COMMUNITY COLLEGE, sTATE UNIVERSITY OF NEW YORK). R . n (REGISTERED NURSE, NEW YORK STATE LICENSE AND REGISTERED NURSE, sOCIAL WORKER AND EXECUTIVE ASSISTANT TO tHE REVEREND DR KAMAL KARNA ROY. iNTERNATIONAL POLITICAL ADVISOR AND CONSULTANT :tHE REVEREND (mS) Gargi Lahiri, M.A (RABINRA BHARATI UNIVERSITY KOLKATA , INDIA. ^ Jungle Democracy v. U.S., No. CIV.06-503-SLR, 2006 WL 2616213, at *1 (D. Del. Sept. 12, 2006) ^ Roy v. U.S., No. CIV.06-685-SLR 2007 WL 1109296 at *1 (D. Del. Apr. 11, 2007) ^ Id. ^ Jungle Democracy v. USA Government at Washington, DC & at Denver, 206 Fed.Appx. 756 (C.A.10, 2006) ^ Id. at 757 ^ Jungle Democracy, 2006 WL 2616213, at *1 ^ http://howappealing.law.com/112106.html#019767 ^ http://enmasse.ca/forums/viewtopic.php?p=81431&sid=fbaa29156d22ef55f5adbe22febfcfe8 ^ http://dockets.justia.com/docket/court-dedce/case_no-1:2007cv00206/case_id-38087/ ^ Jungle Democracy v. U.S., No. CIV.06-503-SLR, 2006 WL 2616213, at *1 (D. Del. Sept. 12, 2006) ^ Roy v. U.S., No. CIV.06-685-SLR 2007 WL 1109296 at *1 (D. Del. Apr. 11, 2007) ^ Id. ^ Jungle Democracy v. USA Government at Washington, DC & at Denver, 206 Fed.Appx. 756 (C.A.10, 2006) ^ Id. at 757 ^ Jungle Democracy, 2006 WL 2616213, at *1 ^ http://howappealing.law.com/112106.html#019767 ^ http://enmasse.ca/forums/viewtopic.php?p=81431&sid=fbaa29156d22ef55f5adbe22febfcfe8 ^ Jungle Democracy v. U.S., No. CIV.06-503-SLR, 2006 WL 2616213, at *1 (D. Del. Sept. 12, 2006) ^ Roy v. U.S., No. CIV.06-685-SLR 2007 WL 1109296 at *1 (D. Del. Apr. 11, 2007) ^ Id. ^ Jungle Democracy v. USA Government at Washington, DC & at Denver, 206 Fed.Appx. 756 (C.A.10, 2006) ^ Id. at

E-FILED
Friday, 25 January, 2008 10:34:45 AM
Clerk, U.S. District Court, ILCD

Page: 1 Document Name: untitled

```
IMI3 10/19/07              DDA STATEMENT INQUIRY              16.31.54 PAGE    1
HANDICAP INTERESTS INTL INC     ACCT NO. 880-000-0000-4001039108
REFORMS INTERNATIONAL           DATE THIS STATEMENT     10/19/07
PO BOX 1173                     DATE LAST STATEMENT     09/30/07
                        *****DDA TRANSACTIONS*****
   BALANCE          CHECKS/OTHER DEBITS   DEPOSITS/OTHER CREDITS      BALANCE
LAST STATEMENT      NO.    TOTAL AMOUNT   NO.    TOTAL AMOUNT    THIS STATEMENT
   109.52            8        186.30       4        123.00           46.22

 DATE   CHECK#     AMOUNT TYPE TRANSACTION DESCRIPTION          BALANCE
 10/01             20.00     MMC PURCHASE            B12          89.52
 10/02             23.00     DEPOSIT
 10/02             65.00     POS PURCHASE                         47.52
 10/05             20.00     MMC PURCHASE            B12          27.52
 10/09             26.00     DEPOSIT
 10/09             10.00     MMC PURCHASE            B12          43.52
 10/10             20.00     DEPOSIT                              63.52
 10/11             31.30     POS PURCHASE
 10/11             10.00     MMC PURCHASE            B12          22.22
 10/15             20.00     MMC PURCHASE            B12           2.22
 10/17             54.00     DEPOSIT                              56.22
 10/18             10.00     MMC PURCHASE            B12          46.22
PF1 - PAGE FWD
```

Date: 10/19/2007 Time: 4:31:59 PM

AO 240 (Rev. 9/96)

ORIGINAL ~~of WA~~ Jury Trial Demand

# UNITED STATES DISTRICT COURT

W. D Washington Mt Harter

US Court House 141 ___ St

___ District of ~~Connecticut~~ ~~Virginia~~ TX

JOHN A DOE, Kamal K K Roy, et al
Plaintiff a/k/a Joseph Geronimo & mobile clergy

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

Seattle

(1) WORLD RELIGION Wikipedia free encyclopedia ST Johns USA ... ABC Community Govt Wrongful, ...Florida

**CASE**

**If the court grants IFP, you will not have to pay the filing fee. The complaint is filed after IFP is granted. civil**

Defendant

~~U.S. partly Constituted but poor Roy financially starving but poor Roy~~

I, JOHN A DOE Rev Dr Kamal K Roy declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [ ] Yes    [X] No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ___

2. Are you employed at the institution?    Do you receive any payment from the

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

   Are you currently employed?    [ ] Yes    [X] No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   c) The Damages claimed ___ prorate basis at USDC/CT

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment    [ ] Yes    [X] No
   b. Rent payments, interest or dividends    [ ] Yes    [X] No
   c. Pensions, annuities or life insurance payments    [X] Yes    [ ] No
   d. Disability or workers compensation payments    [X] Yes    [ ] No
   e. Gifts or inheritances    [ ] Yes    [ ] No
   f. Any other sources    [ ] Yes    [X] No

AO 240 (Rev. 9/96)

Rev Dr Kamal K K Roy 10/18/2007

Rev Dr Kamal K K Roy 10/23/07

11/18 Rev Dr Kamal K Roy

AO 240 Reverse (Rev. 10/03)



4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☐ No

If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☐ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____            _____
Date                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

USDC/ED ~~~~~~ USDC | NDCA ~~~~~~

The Name of Associations ~~in earlier cont~~ have been
deleted by Judges illegally and (13)
this Misconducts of Individual ~~in~~
Judges are unconstitutional
(1st amendment right to Associate) (14)
& at Lawfully with corporated
or unincorporated Associations
be rich Moneyed or financially
starving Assocs. as Plaintiffs

USDC
W.D.
Seattle
WA
Federal
Judge
Poor
of

The Reverend Dr Kamal K.R.B
has Constitutional right to
Act for associated Plaintiffs a
a poor person of circumstances,
clergy on vow of poverty
(IRS rule) (made no much
money ~~in stop of renunciation~~ ~~press~~ actual WM2
done all life) and being partly
disabled now.

That Any Denial of rights ~~transferbyhas~~ to ~~given~~
act courts personnel/federal this illegal.
(order so attached) orders are
to be reviewed lawfully.

USDC/C That Federal Questions allow Kamal Rg
of Washington to filing complaints at Various ...

20

1/18/08



ORIGINAL

In the United States District Court for Washington Western Civil Complaint District

CIVIL action :: COMPLAINTS — Complaints of Demands ... Judge: Hon.   Jury Trial Demanded

Punitive and compensatory damages demanded ... at least U S 6 three fourths (¾) of One million Dollars at current $ value to be decided by the Jury at trial ; Important Note about Title of the Action : "Jungle Democracy", cat and Mouse Doctrines of Oppressions of rich and powerful people/ Nations / superpower Nations/allies & democratic Devils, Human Gods of faiths in USA/ India and/ or / Nations to weaker people / world wide ........etc ". a mobile electronic & hard copy published from various "centers of world Reforms International, Non Profit Tax exempt by I.R.S. P O Box 1173 , (E I N & tax exempt : ID # 13 — 1566610 ), Saranac Lake, New York 12983, U S A. Kamal Roy aka Joseph Geronimo Jr S S # 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, 107 A Scribner Avenue, Staten Island, New York City, New York 10301; Chairperson Board of Editors , Jungle Democracy....", mobile book : electronic and hard copy , C/O. H.I International W R Group, P.O Box 1173 , Saranac Lake, New York 12983: Permanent address : 17th Floor T – Space, Everest Buildings, 46- C Jawaharlal Nehru Road, KOLKATA 700071, W. B., India . By Kamal K Roy aka J
The Chief Editor: The Reverend Tina N. Roy , B. A., B. S., Hons, B.D., A D N the City Clerk. (The Govt. and the City of New York, Manhattan, New York County ) Center at New York, N Y 10007 .... Jungle Democracy... mobile book electronic and hard copy, C/O. H.I International W R Group, P.O Box 1173, Saranac Lake , New York 12983: Permanent address : 17th Floor T – Space, Everest Building, 46- C Jawaharlal Nehru Road, KOLKATA 700071, W. B., India ...et..cl.. Kamal K. Roy aka J disabled Ordained Clergy (FAKIR i.e a Priest on vow of poverty with richness in faiths in Gods and & one who sing words of praise of Gods) : Priest of multiple faiths of approved Religions world wide, in Washington D C area & elsewhere world wide.... Plaintiffs ( Total 5 Nos.) By " Jungle Democracy.. mobile book : electronic and hard copy, C/O. H.I International W R Group, P.O Box 1173, Saranac Lake, New York 12983: Permanent address : 17th Floor T – Space, Everest Building, 46- C Jawaharlal Nehru Road, KOLKATA 700071, W. B., India ..et..cl.. Kamal K. Roy aka J Geronimo Jr PO Box 1173, Saranac Lake, New York 12983, ph 518 891 5466 a mobile part disabled Ordained Clergy (FAKIR i.e a Priest on vow of poverty with richness in faiths in Gods & one who sing words of praise of Gods) : Priest of multiple faiths of approved Religions world wide.. Plaintiffs ( Total 5 Nos.)   By Kamal Roy aka Joseph Geronimo Jr Priest: address as above and below:

by Kamal K Roy : elected

1st Defendant
14 Defendants & Parties.

Kamal K K Roy   10-5-2007
a/k/a  & Was born as Joseph    5 U AM
Geronimo Jr   at   in Pacific (a the territory)  Now a Naturalized
U S Citizen since 1994

14 Defendants  Kamal K K Roy
directly responsible for alleged ...

NOV 08 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT WASHINGTON
DEPUTY

Kamal K K Roy
Joseph Geronimo Jr
a mobile Clergy at Seattle WA

10/23/07
1/18/08
29

10

: THE UNITED STATES DISTRICT Court, SDNY, New York, N.Y 10007.

**use, ADDITIONAL AFFIDAVITS and Not amendment of Complaints (see frcp )**

competents & powerfuls and under penalties of perjuries by the Reverend Joseph Geronimo Jr for listed employer H I I Inc division of H I I world Religions Group (Non profit Tax exempt by the Internal Revenue Service, USA since 1992 and earlier under some laws of USA:  New York law and enforcement Authorities were sent copies of affidavits and complaints for inquiries.

**, Mother Nature is the witness to end or death to events or lives_cycles without exceptions. So Human_animals or groups should rethink if they may reduce Discriminations at largest extent: Joe Geronimo, AN unknown American Priest of Social redevelopments and clean fake Democracies all around to oppress weaker people world _wide now.

*into Federal Violation*

*** WE demand corruption free New York State without delays and investigation of Pataki ADMN.  in ries of corrupt practices of state owned and operated  Workers' Comp Insurance Industry. If A I G, Insurance Giant, and "Mourice " can be investigated then why not Pataki and his bureaucrats running operations of SI Fund in commercial  Insurance Industry be invstgated. Pataki is believed to reduce cost of operating State of Ne! w York by illegally

Cutting down workers compensation costs by not lawfully  paying dues  to ailing many WCB_NYS claimants.

++++++++++++++++++++++++++++++++++++++++++++++++++++++++

HUMAN_ANIMALS' most ancient non_innovative discovery was Gods and divinity concepts as the vast powerbases of  NATURE was so surprising to them to every day living with constant dangers from calamities of Nature********In 21st century the calamities originated from  wise or crook human_animals in any democratic societies are more troubling that natural disasters  although less deaths may occur at times in man_made calamities to powerless, poors, have_nots and weaker sections of citizenry, the  consequences of oppressions etc as made_calamity may pass through**generation after generations*, although mass_revolt at the oppressions may take place but  the length of sufferings from oppressions from rich and powerfuls in Jungle Democracy, to weaker people are  much longer at most times*********and they are more painful. .. From Joe Geronimo Jr  versions of philosophy in writing in depited book published electronically world wide.

***********.Motion based on new evidences in I ; &n bap; corrupt practices at W.C Board and now needs new decisions and correction for filed decisions of two nos.  3 judges'decisions Filed on 1.24, 1996 and 4.8, 2004, see marked exhibits for evidences. a similar motion filed in June 2004

as been unattended by WC Board without showing any reasons to claimant and listed employer: Handicap Interests International, by WC Board. See marked Exhibit. It is a  style of Jungle Democracy which is prevalent in  most

"We the PEOPLE" wish a dream to come true, for next Generations  for all prosperings

In the U S D C/ District of maine/
156 Federal street
ORIGINAL Portland, ME 0410

For District
Maine/
U S District
Court/ Maine
for District

Defendant #1

U.S. Antitrust
Laws II A U S
Law enacted
since

Family
a legal
testament
of U.S.
Republic maintaining
care original

USDC

U S
Gov't
Defendant in the
which

Rev Dr Kamel kB
Plaintiff 25

USDC / Rock
Island

31

4:08-cv-04005-MMM-JAG #1-3 Page 9 of 30
Yahoo! Mail - vishwa_dh@yahoo.com
Page 10 of 74

**Karna**
Roy a/k/a Jungle Democracy and other aliases, filed a pro ...
www.ca1.uscourts.gov/opinarch/072293np.pdf

Docket Search: "george w. bush" - Justia Federal District **Court** ..
Plaintiff: **Kamal Karna Roy**; Defendant: We the People By **US** Government Au
.... 12th **Judicial District Court**, **Circuit Court of Appeal** 3rd **Circuit**, ...
dockets.justia.com/search?q=GEORGE+W.+BUSH

Docket Search: "msnbc" - Justia Federal District **Court** Filings and
Plaintiff: **Kamal Karna Roy**; Defendant: CBS Inc., CBS Radio, USA Govt., NBC
**UNITED STATES COURT OF APPEALS FOR THIRD CIRCUIT, UNITED ST**
**DISTRICT** ...
dockets.justia.com/search?q=MSNBC

**United States District Court for the District of ...: Information ...**
**Appeals** from the **Court** are heard by the **United States Court of Appeals** for
Walter-King Stapleton · Jane Richards Roth · Kent A. Jordan · **Kamal Karna R**
www.answers.com/topic/ united-states-district-court-for-the-district-of-delaware

Blawgosphere Search
There were 639 results for '**Kamal Karna Roy**'. RSS Search Results: Subscrib
... He filed an **appeal** today to the D.C. **Court** of **Appeals**, even though. ...
www.blawg.com/NewBlawgSearch.aspx? search=Kamal+Karna+Roy

6/11/98 Update Downside Legacy at Two Degrees of President C
In 1993, its "first major Supreme **Court** case, the Clinton administration is .....
Jimmy Hayes **U.S.** Congressman (LA); Ed **Roy** President, Lafayette Parish (L/
www.freedomusa.org/gallery.html

The Tribune, Chandigarh, India - Sport
By this time Nielsen was unable to move around the **court** properly and thus P
... to winning the remaining matches to clinch the tie for **us**", Paes said. ...
www.tribuneindia.com/2003/20030405/sports.htm

now offers KU Law merchandise for sale online at http://groups.ku
Wisdom on the **United States Court of Appeals** for the Fifth **Circuit** and ....
from first year to **third** year, and how are we building on that? Are we requiring
www.law.ku.edu/career_alumni/alumni/ kulaws/Fall06_KULAW_FINAL.pdf

Siliconeer: October 2006
Eleven months later, he received it for the second time but the **U.S.** Immigratio
and Naturalization Service appealed to the Ninth **Circuit Court** of **Appeals** ...
www.siliconeer.com/past_issues/2006/october2006.html

Bollywood Stars | Bollywood Actress | Bollywood News | Bollywoc
Madhubala got her first break in a lead role in Neel **Kamal** (1947). .... In fact,
each of her five movies with him (Baazigar, **Karan** Arjun, Dilwale Dulhaniya ...
www.bollywood-stars.net/index.php?s=krrish
Result Page:   1   **2**   **3**   **4**   **5**   **6**   **7**   **8**   **9**   **10**   **Next**

**Keep Reading**
Did You Mean?
  • United States
    Court of Appeals
    for the Third
    Circuit

Page: 1 Document Name: untitled

```
IMI3 01/03/07              DDA STATEMENT INQUIRY           12.26.51 PAGE   1
HANDICAP INTERESTS INTL INC        ACCT NO. 880-000-0000-4001038764
EXCHANGE UNION EIN NUMBER 12-5578772    DATE THIS STATEMENT   01/03/07
PO BOX 1173                        DATE LAST STATEMENT    12/31/06
                          *****DDA TRANSACTIONS*****
     BALANCE       CHECKS/OTHER DEBITS  DEPOSITS/OTHER CREDITS    BALANCE
  LAST STATEMENT   NO.    TOTAL AMOUNT   NO.    TOTAL AMOUNT   THIS STATEMENT
       122.00       0          0.00      1           4.00         126.00

   DATE   CHECK#       AMOUNT TYPE TRANSACTION DESCRIPTION        BALANCE
   01/03                 4.00    DEPOSIT                           126.00
```

Date: 1/3/2007 Time: 12:26:57 PM



IN THE U.S.D. Court for 2004

Jury Trial Demanded

Eastern District of Arkansas
at Little Rock, AR 72201

Civil

Main Defendants of Current oral
Case No.

(1) Democratic rights, privileges are all to
(2) Damages as it is our rights Action

sought

(1) "We the people" of U.S. Constitution

By: (2) The U.S.A. Govt, 40 U.S. Attorney General & U.S. Federal
        Washington D.C.
   (2) The Govt of India, New Delhi  (3) Govt of West Bengal, Kolkata
   (4) President USA George Bush (Jr.)
   (5) Ananda Bazar Patrika Pvt Ltd, 6 Prafulla Sarkar
   (6) New York Times Company Kolkata
        N.Y. city Ny 10021
   (D) Avik Sarkar Proprietor of al
   (7) All News Media and Conglomerates

in USA who are alleged to the
Violations of News a produce of
News industries in USA, to undermine
and Violate U.S. Antitrust
Laws to Stiffle Electoral competition
and race of US President - 2008, the
official preparations are in process
in USA; While the Reverend Dr
Kamal K P Roy Was a declared (5/7/07)
hopeful and Candidate of U.S. President
trial Electoral contest/competition -2008;
the Conglomerates are stiffling the
Same competition of us President 2008
by reducing Chances of Dr K K Roy, although one person can win

35

In the DISTRICT OF VERMONT
U.S.D court

that the court "strongly suspect[ed] at least one defendant was not properly served."[5] Most, if not all, of Roy's complaints have been dismissed. A 2006 United States District Court for the District of Delaware opinion, Jungle Democracy v. U.S., describes Roy as "no stranger to litigation" and provides a partial list of Roy lawsuits that have been dismissed since 1991.[6] Despite Roy's lack of success in the courts, his lawsuits have been discussed in law school classrooms and in law related blogs.[7] [8] Roy is still actively filing lawsuits. In April 2007 Roy filed a civil rights action against, among others, CBS Broadcasting Inc., MSNBC, the United States Government, and controversial radio shock jock Don Imus. [9] Filed: September 6, 2007 ) _____ OPINION _____ PER CURIAM Appellant Kamal Karna Roy a/k/a Jungle Democracy and other aliases, filed a pro se complaint in the United States District Court for the District of Delaware. He was granted leave to proceed in forma pauperis under 28 U.S.C. § 1915. Roy filed his lawsuit against numerous defendants, including God, the United States of America, United States President George Bush, Chief Justice of the United States Supreme Court John G. Roberts, the Prime Minister of India, agencies and officials of the State of New York, Kentucky Fried Chicken, and The New York Times. Roy's complaint consists of what appear to be excerpts of his previous lawsuits. Among other things, the complaint 1 contains references to discrimination, deprivation of government benefits, corruption, the loss of the power of God to the rulers of society, actions taken by President Bush, Roy's exception to Chief Justice Roberts being named to the United States Supreme Court, and the government of India's violation of civil rights concerning pension benefits. Roy sought "up to one-half billion dollars" in United States currency in damages. The District Court dismissed the complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B). Roy The District Court dismissed the complaint by memorandum order entered April 13, 2 2007, as later amended by its revised memorandum order entered April 24, 2007. Roy filed a notice of appeal and an amended notice of appeal concerning these orders. The two appeals have been consolidated for all purposes. 3 appeals and has been granted leave to appeal in forma pauperis. 2 The federal in forma pauperis statute permits an indigent litigant to appeal without paying the administrative costs of proceeding with the appeal. 28 U.S.C. § 1915. The statute protects against abuses of

this privilege by allowing the appeals court to dismiss the appeal if it is frivolous. dr roy's records upto date and views :: To comply with Wikipedia's quality standards, this article may need to be rewritten. Please help improve this article. The discussion page may contain suggestions. Kamal Karna Roy (a/k/a Kamal K.K. Roy, a/k/a Rev. Dr. Joseph Geronimo, Jr.) is a prolific pro se litigant who, since at least the early 1990s, has filed numerous lawsuits throughout the United States and its territories under the names Roy and Joseph Geronimo, Jr., as well as under the names of entities that he is affiliated with, including International Siva Consciousness & World Religions, Reforms International, Handicap Interests International, and Jungle Democracy.[10] Roy's lawsuits are often brought against multiple defendants, and feature long, unconventional complaints. Roy has filed lawsuits against God, U.S. Presidents, Supreme Court Justices, fast food restaurants, and foreign leaders.[11] Roy's lawsuits have addressed, among many other things, actions taken by President George W. Bush, overcharging by telecommunication companies, the appointment of Chief Justice John Roberts to the Supreme Court, and "failure of democratic societies and God's role therein."[12] In 2006 Judge Michael W. McConnell of The United States Court of Appeals for the Tenth Circuit described a typical Roy complaint: Incidentally The reverend dr Kamal karna k roy is a registered U S Presidential hopeful and candidate for 2008 sceduled Election from the republican party from New York ,with the federal election cossion,999 east st, washington DC and the new york state board of election , albany, New york , and vide civil action filed with the U s d court, western district of washington, at seattle :title of civil action :( filed on Sept 10,2007 ) roy v. all state board of elections; usa govt ; all news medioa and news conglomerates in usa, U S american god/sin the democratic republic of Usa; hillary R clinto : B obama ; democrats as u s presidential hopeful and candidates : rudy Guiliani ex mayor of New york city and republican Party u s presidential candidate 2008 et al as defendants in the civil action alleging unlawful activities violating fair election of u s president of 2008 the very sorry state odf affair is us media is blocking and blackingout news of candidacy of a smalltime moral leader, clergy, authjorin usa viz the reverend dr kamal k roy, an mba ( m s degree ) holder from s u n y maritime college of bronx of new york city (college I D 57880 4399 he studied public administration at u s d a graduate school,

USP?
US
(38)

washington dc and mba courses at universityof rhode Island at kingston andprovidence, USA He has doctoral degrees inManagement and religions of smaller universities. He is author, management specialist, administrator and over all ordained clergy registered with office of the cit clerk, in Manhattan, new york county.He is on vow of poverty rule and declarations with I R S, U S dept of treasury, as such a member of weaker community in USA like a poorperson and disadvantaged in USDA, et al He is author of certain books and many articles in management, public admn , god/s ,people in democracies and religious faiths, His notable book voumes are. electronic mobile publications and had copies viz "jungle democracies,catand mouse doctrines of oppressions of weaker people by powerfuls, people, entities, govt including nations and super powers,may be including USA and allies et a l, all engaged for practices of animalistic rowdism to destroy interestsof weaker people, as the news media isengaged to destroy chances of winningof U S presidenct 2008 by neglecting candidacy of dr Kamal k roy who was born in Guam, a u s territory in Pacific, kamal is a u s citizen by birth under u s act of 1978 for people who were born in guam. pl also see From websites google.com & " federal justia docket , search roy karna kamal jungle democracy world religions reforms handicap et al as combination of words for search in respect of Dr kamal karna roy, a leader of weaker people in Usa; " Roy, a/k/a Joseph Geronimo, Jr. filed a 115-page complaint, a 144-page amended complaint, and a 40-page second amended complaint against over sixty defendants, including among many others President Bush, God as U.S.-based divine benefactor, several government agencies, The New York Times, and Kentucky Fried Chicken. In addition to pages of rambling discourse, the complaint contains numerous illegible handwritten remarks. [13] The Tenth Circuit went on to affirm the district court's dismissal of the complaint holding that no discernible claim was apparent from the complaint. Judge McConnell also humorously noted that the court "strongly suspect[ed] at least one defendant was not properly served."[14] Most, if not all, of Roy's complaints have been dismissed. A 2006 United States District Court for the District of Delaware opinion, Jungle Democracy v. U.S., describes Roy as "no stranger to litigation" and provides a partial list of Roy lawsuits that have been dismissed since 1991.[15] Despite Roy's lack of success in the courts, his lawsuits have been discussed in law school classrooms and in law related blogs.[16]

[17] [edit] References : THE REVEREND MS LISA NIRBAN ROY B A (HONS), M.D(RELIGIONS), aSSOCIATE DEGREE,N C COMMUNITY COLLEGE, sTATE UNIVERSITY OF NEW YORK). R . n (REGISTERED NURSE, NEW YORK STATE LICENSE AND REGISTERED NURSE, sOCIAL WORKER AND EXECUTIVE ASSISTANT TO tHE REVEREND DR KAMAL KARNA ROY. iNTERNATIONAL POLITICAL ADVISOR AND CONSULTANT :tHE REVEREND (mS) Gargi Lahiri, M.A (RABINRA BHARATI UNIVERSITY KOLKATA , INDIA. ^ Jungle Democracy v. U.S., No. CIV.06-503-SLR, 2006 WL 2616213, at *1 (D. Del. Sept. 12, 2006) ^ Roy v. U.S., No. CIV.06-685-SLR 2007 WL 1109296 at *1 (D. Del. Apr. 11, 2007) ^ Id. ^ Jungle Democracy v. USA Government at Washington, DC & at Denver, 206 Fed.Appx. 756 (C.A.10, 2006) ^ Id. at 757 ^ Jungle Democracy, 2006 WL 2616213, at *1 ^ http://howappealing.law.com/112106.html#019767 ^ http://enmasse.ca/forums/viewtopic.php? p=81431&sid=fbaa29156d22ef55f5adbe22febfcfe8 ^ http://dockets.justia.com/docket/court-dedce/case_no-1:2007cv00206/case_id-38087/ ^ Jungle Democracy v. U.S., No. CIV.06-503-SLR, 2006 WL 2616213, at *1 (D. Del. Sept. 12, 2006) ^ Roy v. U.S., No. CIV.06-685-SLR 2007 WL 1109296 at *1 (D. Del. Apr. 11, 2007) ^ Id. ^ Jungle Democracy v. USA Government at Washington, DC & at Denver, 206 Fed.Appx. 756 (C.A.10, 2006) ^ Id. at 757 ^ Jungle Democracy, 2006 WL 2616213, at *1 ^ http://howappealing.law.com/112106.html#019767 ^ http://enmasse.ca/forums/viewtopic.php? p=81431&sid=fbaa29156d22ef55f5adbe22febfcfe8 ^ Jungle Democracy v. U.S., No. CIV.06-503-SLR, 2006 WL 2616213, at *1 (D. Del. Sept. 12, 2006) ^ Roy v. U.S., No. CIV.06-685-SLR 2007 WL 1109296 at *1 (D. Del. Apr. 11, 2007) ^ Id. ^ Jungle Democracy v. USA Government at Washington, DC & at Denver, 206 Fed.Appx. 756 (C.A.10, 2006) ^ Id. at 757 ^ Jungle Democracy, 2006 WL 2616213, at *1 ^ http://howappealing.law.com/112106.html#019767 ^ http://enmasse.ca/forums/viewtopic.php? p=81431&sid=fbaa29156d22ef55f5adbe22febfcfe8 ^ http://dockets.justia.com/docket/court-dedce/case_no-1:2007cv00206/case_id-38087/ ^ Jungle Democracy v. U.S., No. CIV.06-503-SLR, 2006 WL 2616213, at *1 (D. Del. Sept. 12, 2006) ^ Roy v. U.S., No. CIV.06-685-SLR 2007 WL 1109296 at *1 (D. Del. Apr. 11, 2007) ^ Id.



^ Jungle Democracy v. USA Government at Washington, DC & at Denver, 206 Fed.Appx. 756 (C.A.10, 2006) ^ Id. at 757 ^ Jungle Democracy, 2006 WL 2616213, at *1 ^ http://howappealing.law.com/112106.html#019767 ^ http://enmasse.ca/forums/viewtopic.php?p=81431&sid=fbaa29156d22ef55f5adbe22febfcfe8 Reforms International, Handicap Interests International, and Jungle Democracy. Federal District Court Filings > Search Search Federal District Court filings Party Name (optional): Cases Filed In: All Federal District Courts Alabama Federal District Courts - All - Alabama Middle Federal District Court - Alabama Northern Federal District Court - Alabama Southern Federal District Court Alaska Federal District Court Arizona Federal District Court Arkansas Federal District Courts - All - Arkansas Eastern Federal District Court - Arkansas Western Federal District Court California Federal District Courts - All - California Central Federal District Court - California Eastern Federal District Court - California Northern Federal District Court - California Southern Federal District Court Colorado Federal District Court Connecticut Federal District Court Delaware Federal District Court District of Columbia Federal District Court Florida Federal District Courts - All - Florida Middle Federal District Court - Florida Northern Federal District Court - Florida Southern Federal District Court Georgia Federal District Courts - All - Georgia Middle Federal District Court - Georgia Northern Federal District Court - Georgia Southern Federal District Court Hawaii Federal District Court Idaho Federal District Court Illinois Federal District Courts - All - Illinoi Search for: "kamal k roy " Results 1 - 21 of 21 Subscribe Parties District Court Judge Type of Lawsuit Cause of Action September 24, 2007 Roy v. United States, et al MT Molloy Other Civil Rights Federal Question: Bivens Act Plaintiff: Kamal Karna Roy; Defendant: United States September 10, 2007 Roy v. All State Board of Elections, et al WA Western Lasnik Other Civil Rights Fed. Question Plaintiff: Kamal K Roy; Defendant: All State Board of Elections, et al August 20, 2007 Roy v. USA CT Kravitz Other Civil Rights No cause code entered Plaintiff: Kamal K.K. Roy; Defendant: USA August 14, 2007 (PS) Roy v. Unknown CA Eastern England Other Civil Rights Civil Rights Plaintiff: Kamal K. Roy; Defendant: Unknown August 13, 2007 Roy v. Unknown Defendants TX Northern Solis Other Civil Rights Civil Rights Act Plaintiff: Kamal K Roy; Defendant: Unknown Defendants August 10, 2007 Roy v. Robert NM Lynch Other Civil Rights Civil Rights Act Plaintiff:

Kamal Roy; Defendant: John Roberts August 9, 2007 Roy v. We The
People NY Eastern Irizarry Other Statutory Actions Fed. Question Plaintiff:
Kamal Karna Roy; Defendant: We The People July 26, 2007 Roy v.
Unknown VA Eastern O'Grady Other Plaintiff: Kamal Roy; Defendant:
Unknown July 25, 2007 Roy v. Roberts et al WA Western Zilly Other Civil
Rights Civil Rights Act Plaintiff: Kamal K Roy; Defendant: John Roberts,
McConnel, Robinson, George W Bush, United States Government and
others... July 23, 2007 Roy for We the People By Jungle Democracy v.
We the People by US Government Authority, et al NH McAuliffe Other
Civil Rights Civil Rights Act Plaintiff: Kamal Karna Roy; Defendant: We the
People By US Government Authority, George W. Bush, USA, Hillary
Rodham Clinton, Joseph Liberman and others... July 13, 2007 Roy v. No
Defendants Named TX Western Sparks Other Civil Rights Civil Rights Act
Plaintiff: Kamal K. Roy; Defendant: No Defendants Named July 6, 2007
Roy for We the People By Jungle Democracy v. We the People by US
Government Authority, et al NH Other Civil Rights Civil Rights Act Plaintiff:
Kamal Karna Roy; Defendant: We the People By US Government
Authority, George W. Bush, USA, Hillary Rodham Clinton, Joseph
Liberman and others... June 29, 2007 Roy v. We The People NY Eastern
Irizarry Other Civil Rights Civil Rights Act Plaintiff: Kamal Karna Roy;
Defendant: We The People June 5, 2007 Roy v. No Defendants Named
CO Boland Other Civil Rights Civil Rights Act Plaintiff: Kamal K.K. Roy;
Defendant: No Defendants Named May 23, 2007 ROY v. WE THE
PEOPLE OF U.S. CONSTITUTION PA Eastern ROBRENO Other Civil
Rights Civil Rights Act Plaintiff: KAMAL K. K. ROY; Defendant: WE THE
PEOPLE OF U.S. CONSTITUTION April 18, 2007 Roy v. CBS Inc. et al
DE Unassigned Judge Other Civil Rights Civil Rights Act Plaintiff: Kamal
Karna Roy; Defendant: CBS Inc., CBS Radio, USA Govt., NBC, MSNBC
and others... April 2, 2007 Roy v. Bush et al WA Western Coughenour
Other Civil Rights Civil Rights Act Plaintiff: Kamal K Roy; Defendant:
George W Bush, USA Govt, Hillary Clinton, Joseph Liberman, Eliot
Spitzer and others... January 26, 2007 Roy v. Defendant #1 unintelligible
WV Northern Stamp Other Civil Rights Civil Rights Plaintiff: Kamal Karna
Roy; Defendant: Defendant # 1 unintelligible January 25, 2007 Gash v.
Silver Strand Plaza, et al CA Southern Lorenz Other Civil Rights
Americans with Disabilities Act Plaintiff: Equal Access Association Suing
on Behalf of Roy Davis Gash, Roy Davis Gash; Defendant: Silver Strand



Plaza, Meijo Sushi, Inc, Raad J Karmo, Dung Banh, Kamal Nona and others... January 12, 2007 Roy v. State Of New York NY Eastern Irizarry Other Statutory Actions Fed. Question Plaintiff: Kamal Karna Roy; Defendant: State Of New York January 5, 2007 Roy v. USA et al DE Robinson Other Civil Rights Civil Rights Act Plaintiff: Kamal Karna Roy; Defendant: USA, New York City, New York, George Bush, Dick Cheney, Lisa Nisborn Roy and others... some opinion published as non precedent per curiam dated 9. . 2007 & entered on 7th Sept 2007 in the u s c of appeals for the third circuit, Philadelphia, PA 19106, USA. Filed: September 6, 2007 ) _____ OPINION

_____ PER CURIAM Appellant Kamal Karna Roy a/k/a Jungle Democracy and other aliases, filed a pro se complaint in the United States District Court for the District of Delaware. He was granted leave to proceed in forma pauperis under 28 U.S.C. § 1915. Roy filed his lawsuit against numerous defendants, including God, the United States of America, United States President George Bush, Chief Justice of the United States Supreme Court John G. Roberts, the Prime Minister of India, agencies and officials of the State of New York, Kentucky Fried Chicken, and The New York Times. Roy's complaint consists of what appear to be excerpts of his previous lawsuits. Among other things, the complaint 1 contains references to discrimination, deprivation of government benefits, corruption, the loss of the power of God to the rulers of society, actions taken by President Bush, Roy's exception to Chief Justice Roberts being named to the United States Supreme Court, and the government of India's violation of civil rights concerning pension benefits. Roy sought "up to one-half billion dollars" in United States currency in damages. The District Court dismissed the complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B). Roy The District Court dismissed the complaint by memorandum order entered April 13, 2 2007, as later amended by its revised memorandum order entered April 24, 2007. Roy filed a notice of appeal and an amended notice of appeal concerning these orders. The two appeals have been consolidated for all purposes. 3 appeals and has been granted leave to appeal in forma pauperis. 2 The federal in forma pauperis statute permits an indigent litigant to appeal without paying the administrative costs of proceeding with the appeal. 28 U.S.C. § 1915. The statute protects against abuses of this privilege by allowing the appeals court to dismiss the appeal if it is



India, agencies and officials of the State of New York, Kentucky Fried Chicken, and The New York Times. Roy's complaint consists of what appear to be excerpts of his previous lawsuits. Among other things, the complaint 1 contains references to discrimination, deprivation of government benefits, corruption, the loss of the power of God to the rulers of society, actions taken by President Bush, Roy's exception to Chief Justice Roberts being named to the United States Supreme Court, and the government of India's violation of civil rights concerning pension benefits. Roy sought "up to one-half billion dollars" in United States currency in damages. The District Court dismissed the complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B). Roy The District Court dismissed the complaint by memorandum order entered April 13, 2 2007, as later amended by its revised memorandum order entered April 24, 2007. Roy filed a notice of appeal and an amended notice of appeal concerning these orders. The two appeals have been consolidated for all purposes. 3 appeals and has been granted leave to appeal in forma pauperis. 2 The federal in forma pauperis statute permits an indigent litigant to appeal without paying the administrative costs of proceeding with the appeal. 28 U.S.C. § 1915. The statute protects against abuses of this privilege by allowing the appeals court to dismiss the appeal if it is frivolous. dr roy's records upto date and views :: To comply with Wikipedia's quality standards, this article may need to be rewritten. Please help improve this article. The discussion page may contain suggestions. Kamal Karna Roy (a/k/a Kamal K.K. Roy, a/k/a Rev. Dr. Joseph Geronimo, Jr.) is a prolific pro se litigant who, since at least the early 1990s, has filed numerous lawsuits throughout the United States and its territories under the names Roy and Joseph Geronimo, Jr., as well as under the names of entities that he is affiliated with, including International Siva Consciousness & World Religions, Reforms International, Handicap Interests International, and Jungle Democracy.[10] Roy's lawsuits are often brought against multiple defendants, and feature long, unconventional complaints. Roy has filed lawsuits against God, U.S. Presidents, Supreme Court Justices, fast food restaurants, and foreign leaders.[11] Roy's lawsuits have addressed, among many other things, actions taken by President George W. Bush, overcharging by telecommunication companies, the appointment of Chief Justice John Roberts to the Supreme Court, and "failure of democratic societies and

Summary of Taxpayer Contact

Taxpayer's name
HANDICAP INTERESTS INTERNATIONAL

Taxpayer's ID #
11-2707958

Information/Documents required
Date required

941 2002 3RD QUARTER
941 2002 4th
941 2004 3RD
941 2004 1ST
941 2005 1ST AND 2ND
941 2005

MAY 21 2007

FULL PAY $1300.93    MAY 21, 2007

1300.93

plus assessment IRI

up to May 8, 2007

= $ 2200⁰⁰ other

518 891 5466

Notification of Consequences of Failure to Provide Information: Your failure to provide the above information by the specified date(s) may require the IRS to take action such as issuing summonses, filing a Notice of Federal Tax Lien, and/or issuing you a Notice of Intent to Levy and Notice of Your Right to a Hearing, if one was not previously issued for this liability.

Revenue Officer name
Roland LAUTHER

Date
5/4/2007

Telephone number
518 561 0580

1101

25 BRINKERHOFF ST PLATTSBURGH NY 12901

Dear Sir    We mailed you a packet of about
70 pgs reflecting we owe no taxes as assessed
for you for the period and were not for H11 etc. We included

IRS
Plattsburgh

US Govt

12/21/07

44A

# ❄ Citizens Bank

**Commercial Account Statement**

**1-800-862-6200**
Call Citizens Phonebank anytime for account information, current rates and answers to your questions.

Beginning October 01, 2007
through October 31, 2007

US289 BRO18            3   1

HANDICAP INTERESTS INTL INC
ASSOC OF NEED BASED DEMAND OF GODS & DIV
PO BOX 1173
SARANAC LAKE NY 12983

## Commercial Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 248.84 |
| Checks | 339.00 |
| Debits | .00 |
| Deposits & Credits | 287.00 + |
| Current Balance | 196.84 = |

**Rewards Point Summary as of   09/30/07:**

| | | | |
|---|---|---|---|
| Earned: | 0 | Points Expiring | 10/31/07 | 0 |
| Redeemed: | 0 | Points Expiring | 11/30/07 | 0 |
| Expired: | 0 | Points Expiring | 12/31/07 | 0 |
| Available: | 0 | Renewal Month: | October | |

Visit the Rewards online redemption site at:
citizensbank.com/rewards or call 1-888-777-3961 to redeem points.

### TRANSACTION DETAILS

**Checks*** There is a break in check sequence

Previous Balance 248.84

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 995 | 53.00 | 10/03 | 1000 | 276.00 | 10/19 |
| 999* | 10.00 | 10/04 | | | |

Total Checks  339.00

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 10/10 | 10.00 | Deposit |
| 10/15 | 277.00 | Deposit |

Total Deposits & Credits  287.00

Current Balance  196.84

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/03 | 195.84 | 10/10 | 195.84 | 10/19 | 196.84 |
| 10/04 | 185.84 | 10/15 | 472.84 | | |

### MEMO

--With Citizens Bank Business Debit Rewards enjoy the convenience of paying with your debit card and get more than a receipt for your everyday business purchases. Rewarding yourself is easy. Earn one Everyday Point for every dollar spent with your debit card on non-PIN

Member FDIC ⌂ Equal Housing Lender



```
 IMI3 10/24/06              DDA STATEMENT INQUIRY          15.39.26 PAGE   1
HANDICAP INTERESTS INTL INC              ACCT NO. 880-000-0000-4001038764
  CHANGE UNION EIN NUMBER 12-5578772     DATE THIS STATEMENT      10/24/06
 PO BOX 1173                             DATE LAST STATEMENT      09/30/06
                          *****DDA TRANSACTIONS*****
  BALANCE           CHECKS/OTHER DEBITS   DEPOSITS/OTHER CREDITS    BALANCE
LAST STATEMENT     NO.   TOTAL AMOUNT    NO.   TOTAL AMOUNT    THIS STATEMENT
      17.00         0         0.00        4        78.00            95.00

  DATE   CHECK#       AMOUNT TYPE TRANSACTION DESCRIPTION        BALANCE
  10/06               2.00     DEPOSIT                             19.00
  10/11               2.00     DEPOSIT                             21.00
  10/13              15.00     DEPOSIT                             36.00
  10/24              59.00     DEPOSIT                             95.00
```

Plaintiff

Jury Trial Demand U.S.D. Court, Colorado Denve

The Rev Dr Kamal K Roy

Subject Federal Judges & other Entities

for self and Ground Civil are no violated P world

Other Associations

Civil right demand as Ground of legal action

Ground Civil are no violated P world

Punitive and Compensatory Damages Claimed in us Trillions of (U.S) $. Jury is requested to make awards As the denial of Democratic rights to us citizens are are civil and criminal offences and make citizens suffer Democratic pain harm Damages

promoting cause & to elect

The Rev Dr Kamal KK Roy as a affa JGJ as President of U.S.A in 2008.

(2) Misc civil rights Loss Violations by powerful in democracy in usa et al for 3 decades to harm, pain damage to Plaintiff Kamal KK

USD CDC

The committee are registered and recorded at FEC 999

E st NW Washington DC et al Committees 18 Nos

and value of Damage in beyond themes of a man who was born in to a Nation viz U.SA Demo-Cratic promises to Kamal K Roy

(All importantly 18 Nos of Plaintiff) US total) street Address 1071A Scriba...

(1) Federal Election Commission (formed in 1975 under Act 1975)

see usa Defendants & for violation listed

FEC failed to Control of legal & biased News to suffer to Plaintiff US President Election 2008

And Associates failed over and over again by Defendants USA News conglomerate in us et for 3 decads now for serious of Neglect and denial to citiz

they News Defendants (formed in 1975 usa man-mal Indecent E st NW) Washington DC 

(2) about Washington DC for Failing to control US News

(3) All Big media and congl

and correctly supervise as per U.S Laws and Laws

US. Anti Trust For News and abused by trusposers us congloms to ...

40  USD

1  *Franklin v. Murphy*, 745 F2 1221, 1228 (9ᵗʰ Cir. 1984). Accordingly, the allegations in the

2  complaint are DISMISSED with prejudice.

3      The Court is aware that Geronimo has been determined to be a "vexatious litigant" by

4  the United States District Court for the District of Delaware. *See* attached order. The District

5  of Delaware has entered an order recognizing that Geronimo has established a nationwide

6  pattern of filing complaints which are patently frivolous and vexatious." *Id.* In that order,

7  Geronimo (and any associations with which he is affiliated) was prohibited from filing any

8  "complaint, lawsuit, or petition for writ of mandamus without prior authorization of the court."

9  *Id.* Not unlike the District of Deleware, this court finds it prudent to do the same. The court

10  notes that Geronimo has previously filed substantially similar complaints with this court on two

11  other occasions. The first, 06 CV 00007 was dismissed for failing to state a cognizable claim.[1]

12  The second was denied filing during the pre-screening process. This second filing was virtually

13  identical to the first. The instant filing appears to have incorporated many of the same pages of

14  the first two submissions. It appears that Geronimo has photocopied previous filings and added

15  additional information by writing in the margins.

16      Accordingly, the court finds that Geronimo is a vexatious litigant. In order to "prevent

17  frivolous petitions for extraordinary relief from unsettling the fair administration of justice,"

18  Geronimo, as well as entities with which he is affiliated, including but not limited to all of the

19  plaintiffs listed in this action, are enjoined from filing any further actions in this district without

20  prior approval of the court. *See* 18 U.S.C. § 1651 and *Clinton v. United States*, 297 F.2d 899

21  (9th Cir.1961), *see also In re Demos*, 925 F. 2d 1160 (9ᵗʰ Cir. 1991, *cert.* denied 498 U.S. 1123,

22  111 S.Ct. 1082 (1991) and *In re Sindram*, 498 U.S. 177, 179-180, 111 S.Ct. 596 (1991). The

23  Clerk of Court shall not accept for filing any future complaints absent further order of the court.

24  All unauthorized filings shall be returned via certified mail.

25      **IT IS SO ORDERED.**

26            /s/ Frances M. Tydingco-Gatewood

27                **Chief Judge**

28            Dated: Aug 21, 2007

---

[1] Like the District Court in Deleware, this court is concerned for the safety of its employees. Geronimo's first filing was opened by the courts clerks and was found to be covered in a white sticky substance. Numerous pages of the filing were crumpled and stuck together.



*[handwritten: ME # Additional Accident Complaints Page 1  7/26/2000  AAC  see AAC-2A]*

### World News from New york 8-6-2005 :: Conventional any American/ U.S GOD was made Defendant like any non_ individual or corporate Defendants, in a Civil action in USA; as any conventional God in US/India failed to control civil _damages , & individual Plaintiffs suffered::

In **UNITED STATES DISTRICT Court**, SDNY, 500 Pearl st, New York , N.Y 10007 , US.(CIVIL)

*Discriminations at largest extent: Joe Geronimo, AN unknown American Priest of*
*Social redevelopments and clean fake Democracies all around to oppress weaker people world _ wide now.*

*** WE demand corruption free New York State without delays and investigation of Pataki ADMN. in ríes of corrupt practices of state owned and operated Workers' Comp Insurance Industry. If A I G, Insurance Giant, and "Nourice " can be investigated then why not Pataki and his bureaucreats running operations of SI Fund in commercial Insurance Industry be investigated. Pataki is believed to reduce cost of operating State of Ne! w York by illegally*

*[handwritten: Plaintiffs can not afford Attorneys but demand Justice as per Laws]*

*Cutting down workers compensation costs by not lawfully paying dues to ailing many WCB, NYS claimants.*

*++++++++++++++++++++++++++++++++++++++++++++*

*HUMAN_ANIMALS' most ancient non_innovative discovery was Gods and divinity concepts as the vast powerbases of NATURE was so surprising to them to every day living with constant dangers from calamities of Nature*********In 21st century the calamities originated from wise or crook human_animals in any democratic societies are more troubling that natural disasters although less deaths may occur at times in man_made calamities to powerless, poors, have_nots and weaker sections of citizenry, the consequences of oppressions etc as made_calamity may pass through**generation after generations*, although mass_revolt at the oppressions may take place but the length of sufferings from oppressions from rich and powerfuls in Jungle Democracy, to weaker people are much longer at most times********and they are more painful ..*
*From Joe Geronimo Jr versions of philosophy in writing in depited Book published electronically world wide.*

*[handwritten: Complaints with N.Y.Stte & Others on left]*

*!; &n bsp;  Motion based on new evidences in corrupt practices at W.C Board and now needs new decisions and correction for filed decisions of two nos. 3 judges'decisions*
*Filed on 1.24. 1996 and 4.8. 2004, see marked exhibits for evidences. a similar motion filed in June 2004*

*[handwritten: Individual Plaintiffs The USA and President of USA Failed to probit [?] of his for a Recall since Nineties in USA. Govt]*

*as been unattended by WC Board without showing any reasons to claimant and listed employer: Handicap Interests International, by WC Board. See marked Exhibit. It is a style of Jungle Democracy which is prevalent in most of 3rd world Jungle Democracies in South Asia and elsewhere for over half a century or more.*
*!; &n bsp;      pl see affidavit below sworn under penalty of perjury and in the name of US Gods(American Gods) and all others . Instant CPLR 4404 continuous*

*[handwritten: Similarly to protect property and Security of India failed 2 Plaintiff's ladys]*

**Plaintiffs** are sad to announce that conventional Gods are losing powers to the assumed rulers & **dictatorial HUMAN_GODs all over the World.. Conventional GODS and divinity concepts** are definitely superior Human_Gods, in terms of Faiths, if they are not ornamental in Magical powers of Gods & pragmatic beliefs and amended time bases Faiths,

**Raise SLOGANS** world_wide that"WE-WANT NATIONAL DEMOCRACY with regional autonomies, with no foreign Control" from writing of of the reverend: **JOseph Geonimo Jr,aka kamal Karuna Roy Priest ( a Plaintiff)** of newer people from tomorrow.TheCorruptions are described in fuller text in the electronic mobile Book and Hard copy of Text Viz "Jungle Democracy..Oppression by rich and powerful People/ Nations to weaker People/alien..et al" by Geronimo. The fact most Defendants either violated laws and caused civ rights violations or neglected national constitutional laws in USA or India. Thus caused sufferings to plaintiff_Geronimo or cjhief editor the Reverend Lisa Roy as the defendants created problems for her survival in decent and healthy living. Fourth plaintiff :N I I world Reliogions Group suffered for loss of recognition by most of defendants.So damages are claimed as described below and above by a jury Trial.

*[handwritten annotations in right margin: Notarised on Page AAC & AAC Page 1 on gjul on 8/8/2000 ... 7/26/09 ... (16)]*

*[handwritten at bottom: 8/8 7/26/2000 ... Individual Plaintiff 8/8 for Plaintiffs PRO SE ... All Pro SE]*

Case 1:07-cv-00603 Doc 7                          Filed 09/○○/2007  Page 4 of 4

a Circuit Judge of the Fifth Circuit; or (d) the imposition of an order imposing some combination

of these sanctions.

## IV. WARNINGS

The parties may file objections to this Report and Recommendation.  A party filing objections

must specifically identify those findings or recommendations to which objections are being made.  The

District Court need not consider frivolous, conclusive, or general objections.  *See Battle v. United States*

*Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987).

A party's failure to file written objections to the proposed findings and recommendations

contained in this Report within ten (10) days after the party is served with a copy of the Report shall

bar that party from *de novo* review by the District Court of the proposed findings and recommendations

in the Report and, except upon grounds of plain error, shall bar the party from appellate review of

unobjected-to proposed factual findings and legal conclusions accepted by the District Court.  *See* 28

U.S.C. § 636(b)(1)(C); *Thomas v. Arn*, 474 U.S. 140, 150-53, 106 S. Ct. 466, 472-74 (1985); *Douglass*

*v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc).

To the extent that a party has not been served by the Clerk with this Report &

Recommendation electronically pursuant to the CM/ECF procedures of this District, the Clerk is

directed to mail such party a copy of this Report and Recommendation by certified mail, return

receipt requested.

SIGNED this the 5th day of September, 2007.

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE

4

**Adk Internal Med & Peds**                                      David G. Welch, MD..
2249,State Route 86, Suite 3 Saranac Lake, NY, 12983      Physical Medicine and Rehabilitation
Tel: 518-891-3845· Fax: 518-891-1236

**Patient:** Roy, Kamal                                          10/17/2007
**DOB:** 03/31/1934 **Sex:** Male **Phone:** 518-891-5466
**Address:** 14 Kiwassa Road Apt 5G, Saranac Lake, NY 12983

**Primary Insurance Name:** MEDICARE / BS WESTERN NY
**Insurance Address:** Po Box 5207 , Binghamton , NY , 13902

**Labs:**

**Diagnostic Imaging:**

X ray : LS Spine, AP Lat and Obliques
   Assessment(s):
      724.2,  Low back pain

X ray : Cervical spine, AP, Lateral & Obliques
   Assessment(s):
      729.1,  Myalgia and myositis, unspecified

**Comments:** Work related neck and back pain dating to 1993 MVA at work. To rule out progressive degenerative changes

In the International Court of Justice  (World Court, U.N.O. sponsored), at Peace Palace, HAGUE, The Netherlands, Europe/  In the United States (of America) District Court, District of _____ Supreme court/ Court of _____ (Nation/Country) Civil Jurisdictions  . CASE No. _____  Date of Filing : 12.28. 2005

Omitted from Jungle Democracy, cat and Mouse doctrine and syndrome of powerful National PEOPLE for perpetuating ++++++++ Damages due to misconduct of people, social elements or even a Government are evidenced to weaker people in any Democracy, when such faiths are manipulated by powerful elements of a Democracy. Pains, Disasters and Damages are mostly remain without compensations  for decades or even  of expiry of life  Cycles. Quoted from JOE, s Jungle democratic anti  principles and human  disasters  .(2). Some faiths are inherent qualities in leadership and people to survive

with dignity and etiquette of democratic norms. Democratic people mostly the coomers and have  nots tend to trust leaders without access to qualifications of leaderships, thus often they receive deceptions in  public treatments whenever help is essential for basic survival. Many democratic leaders most most so  called democracies treat the elective offices and power for own enrichments and or their groups to share with. The commoners of today may have to employ Trade unin type practices to earn the basic rights of equity and fare treatments from State through leaderships.  The commoners rights to recall elected officials shoul be made easier

in democratic process. The penalties  for abuses of democratic power should be extended at par common criminals viz sex Offenders, bi and many kidnappers and other felons. Leadership abuses and bargains thereof should be made less lucrative. Plaintiffs as victims of abuses of democratic offices felt pains of abuses of  electove offices and leaders for decades and such abuses caused damages as such compensations are demanded.

Complaint Filed : In the _____ court of _____ and Location. Thereof, the District court U.S.District court in USA. All successfully claimed for grant of amount and any other reliefs due from the court above marked. The Plaintiffs Joseph Gautama Jr/ John/ stated to buy All pro se for Plaintiffs, an individual or unregistered charity named including "the break volume of A mt. Scale of Democracy named Plaintiff # 1. Dine 12.28. 2005 ; 107 A Sterling Avenue , Staten Island , New York 10301, USA/ Mailing address : P G Box 1173,Spruce Lake, New York 12460, USA.
E-mail : vickms12@hotmail.com; tel- (CFS A)  518 9015466, 315 276 6001.
GODS may or may not help people in real distress but ways to attain GOD  HOODS Are  religious faiths, which are deeply  rooted in people since births. Religions may not be easily infringed with political aberrations  of domestic or foreign origins. Unfortunately Democratic DEVILS, HUMAN  GODS and the Crooks mostly try to destabilize religions of ethnic people as weapon of "JUNGLE DEMOCRACIES.  OPPRESSIONs OF People " ! QUOTED FROM JOE's SCRIPTS and as a basis of complaint of Plaintiff # 1 by Joe the Priest. 12.28. 2005 new York City, USA and world  wide Locations.

153